NVB 105-8 (Effective 1/17)

Attorney <u>Janice Jacovino, Esq.</u>
Nevada Bar # <u>11612</u>
Firm Name <u>Jacovino Law Office</u>
Address <u>6069 S Fort Apache Rd. Suite100</u>
City, State, Zip <u>Las Vegas, NV 89148</u>
Phone Number <u>702-776-7179</u>
Email Address <u>info@jacovinolaw.com</u>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \* \*

| | |
|---|---|
| In re: | ) BK-S- 20-12395-btb |
| | ) |
| JORGE R ALCAZAR | ) CHAPTER 13 |
| | ) |
| | ) **FINAL REPORT OF MORTGAGE** |
| | ) **MODIFICATION MEDIATION** |
| Debtor(s). | ) **PROGRAM MEDIATOR** |

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties:

1. [✔] The Debtor [and Debtor's attorney], <u>Jorge Alcazar ; Michael Harker, Esq.</u>

2. [ ] The co-obligor/co-borrower/or other third party, <u> </u>

3. [✔] The Lender's representative, <u>SN Servicing Corporation</u>

    and Lender's attorney, <u>Gina Habermas, Esq.</u>

4. [ ] Other: <u> </u>

B. The MMM proceedings resulted in the following:

1. [ ] The parties settled prior to attending.

2. [ ] The case was dismissed.

- 1 -

3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.

4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

5. [ ] The parties reached an agreement:

    [ ]    The parties agreed to a Final Loan Modification agreement.

    [ ]    Other:_____.

6. [✔] The parties did not reach an agreement.

Dated: 1/13/2021

*Janice Jacovino*
Signature of Mediator
Print name: Janice Jacovino, Esq.
Address: 6069 S Fort Apache Rd.
Suite 100
Telephone: 702-776-7179
Email: info@jacovinolaw.com